FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 26  AM 8:38

LORETTA G. WHYTE
     CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY JOHNSON, #1005720** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-891-SRD-SS** |
| **HAMMOND POLICE DEPARTMENT, ET AL.** | **SECTION: "K"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B).

New Orleans, Louisiana, this 25th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE